**FILED**

**SEP 11 2019**

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:19cr57 |
| DARNELL ANTHONY FOX, | Violations: 18 U.S.C. § 751(a) |
| Defendant. | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about June 16, 2019, in Marion County, West Virginia, within the Northern District of West Virginia, the defendant, **DARNELL ANTHONY FOX**, did knowingly escape from custody at the Federal Correctional Institution Morgantown, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Ohio upon conviction for the commission of the offenses of Possession with Intent to Distribute Heroin and Fentanyl; Possession with Intent to Distribute Cocaine, Heroin, Fentanyl, and Carfentanil, and; Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 751(a).

_____
WILLIAM J. POWELL
United States Attorney

Brandon S. Flower
Assistant United States Attorney